UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 17-cv-94-HRW

UNITED STATES OF AMERICA  PLAINTIFF

v.  **ORDER**

PATRICIA COOPER, et al.  DEFENDANTS

This matter is before the Court upon the report of the Warning Order Attorney, C. David Mussetter [DE 10] and it appearing the Warning Order Attorney has satisfactorily completed the requisite duties, and the Court being sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

The Warning Order Attorney has attempted to notify the Defendant, the Unknown Spouse of Patricia Cooper, and has been able to give actual notice of the nature and pendency of this action. Attorney Mussetter has reported to the Court that there is no known claim or defense available to said defendant; and therefore,

C. David Mussetter is now relieved of further duties as Warning Order Attorney and is awarded a fee in the amount of $250.00 to be paid by the U.S. Department of Justice to the following:

        Hon. C. David Mussetter
        P.O. Box 192
        Catlettsburg, KY 41129

This 5th day of December, 2017.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge